Opinion issued June 14, 2012

     



 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-12-00385-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE D.C.

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus,
relator, R.K., seeks mandamus relief regarding her motion to strike the foster
parents’ intervention.

We DENY 
the petition for writ of mandamus.  We overrule all pending motions, if any, as
moot.            

Per Curiam

 

Panel consists of Chief Justice Radack and Justices Jennings
and Keyes.    

 

       











[1]           The
underlying case is In the Interest of D.C., a Child, No. 2011-03307J in
the 314th District Court of Harris County, Texas, the Hon. John F. Phillips,
presiding.